# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SUZANNE M. KITAMURA; MCGRATH PROPERTIES, LLC; SUZANNE M. KITAMURA as Custodian for Dominique Angel Fumes, a Minor Child Born on 12/13/1996, | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 12-00353-LEK-BMK |

      Plaintiffs,

        V.

AOAO OF LIHUE TOWNHOUSE; RE3, LLC, REAL ESTATE SERVICES; WAYNE RICHARDSON; KAREN REBECCA SAKIMAE; PHILIP S. NERNEY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,

      Defendants.

[✓] **Decision by Court**.  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered as pursuant to and in accordance with the Court's Order filed March 29, 2013: The "ORDER GRANTING (1) DEFENDANT PHILIP S. NERNEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT I AND TO DISMISS COUNTS III & IV OF THE COMPLAINT FILED JUNE 20, 2012; (2) DEFENDANT PHILIP S. NERNEY'S MOTION TO STRIKE CONCISE STATEMENT IN OPPOSITION TO MOTION AND MEMORANDUM IN OPPOSITION TO MOTION; AND (3) DEFENDANTS AOAO OF LIHUE TOWNHOUSE, RE3, LLC, REAL ESTATE SERVICES, WAYNE RICHARDSON, AND KAREN REBECCA SAKIMAE'S SUBSTANTIVE JOINDER,"wherein:

- Summary Judgment as to Count I of Plaintiffs' Complaint is granted in favor of defendants Philip S. Nerney; AOAO of Lihue Townhouse; RE3, LLC, Real Estate Services; Wayne Richardson; and Karen Rebecca Sakimae, and

- Counts II, III, and IV of Plaintiffs' Complaint are DISMISSED.

|  |  |
|---|---|
| March 29, 2013 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by AC |
|  | (By) Deputy Clerk |